**LP MATTHEWS, L.L.C., Plaintiff–Appellant,**

v.

**BATH & BODY WORKS, INC. and Limited Brands, Inc., Defendants–Cross Appellants,**

and

**Kao Brands Co. (formerly known as The Andrew Jergens Company) and Kao Corporation, Defendants–Cross Appellants.**

No. 2007–1123, 2007–1124, 2007–1137.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Patrick N. SWEENEY, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2007–3091.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2007.

Patrick N. Sweeney, pro se.

**ORDER**

Order Vacated, See 2007 WL 1192246.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.